✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF Massachusetts

USA

V.

Ming Xun Zheng

**EXHIBIT AND WITNESS LIST**

Case Number: 19-4527

| PRESIDING JUDGE<br>Hennessy | PLAINTIFF'S ATTORNEY<br>deLlano, J. | DEFENDANT'S ATTORNEY<br>Kelley, J. |
|---|---|---|
| TRIAL DATE (S)<br>12/16/2019 | COURT REPORTER<br>Digital | COURTROOM DEPUTY<br>King, D. |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| x | | 12/16/2019 | | | Witness: FBI Special Agent David Cirilli |
| 1 | | 12/16/2019 | x | x | Complaint and Affidavit |
| 2 | | 12/16/2019 | x | x | copies of 3 passports (1 U.S. and 2 Chinese) |
| 3 | | 12/16/2019 | x | x | copy of identification cards in Chinese language |
| 4 | | 12/16/2019 | | | copy of document in Chinese language |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages