# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Docket No.: 20-cr-10020-NMG-1 |
| | ) |
| MING XUN ZHENG | ) |

### Joint Motion to Continue Sentencing

Comes now, Ming Xun "Kellerman" Zheng, and jointly with the Government requests that the sentencing in this matter be continued 90 days, and for his motion states as follows:

1. On February 12, 2020, Mr. Zheng appeared before the Court, waived indictment, and pled guilty to an information pursuant to an agreement with the Government under Federal Rule of Criminal Procedure 11(c)(1)(C). Among other provisions, the agreement called for a sentence of incarceration for 15 months. The Court set a sentencing hearing for June 18, 2020.

2. Thereafter, Mr. Zheng participated in a telephonic presentence report interview and provided the probation department with releases to obtain his medical and other records.

3. Mr. Zheng is a leukemia survivor, having first been diagnosed in February 2017 with B-cell acute lymphoblastic leukemia. Mr. Zheng received chemotherapy through at least August 2019 and is currently in remission and medicated.

4. The probation department has sought Mr. Zheng's medical and other records for inclusion in the presentence report. Undersigned communicated to the assigned probation officer that the medical records are voluminous – that is, at least 1,000 pages. It is

*Motion allowed; sentencing is re-scheduled for Thursday, Sept. 17, 2020, at 3:00 PM.*

*/s/ NM Gorton, USDJ 5/27/20*

unlikely that probation will receive the records and synthesize them for inclusion in the presentence report along the current timeline.

5. In addition, undersigned has expressed to the Government concern regarding Mr. Zheng's medical status in light of the current COVID-19 pandemic, specifically in light of infections and deaths in Bureau or Prison Facilities. A continuance is requested for undersigned to obtain a complete current medical status of Mr. Zheng from his treating physicians, particularly in light of the COVID-19 pandemic. The Government has indicated it would review and evaluate such information if provided.

6. Mr. Zheng currently resides in Boston under conditions of release. Due to his medical condition, Mr. Zheng complies with the Massachusetts and City of Boston guidelines regarding social distancing and remaining at home during this pandemic.

WHEREFORE, Mr. Zheng requests that this Court allow the joint request to continue the sentencing in this case, and that a new sentencing date no sooner than 90 days from the current setting be established.

Respectfully submitted,
MING XUN ZHENG

By his Attorney,

*/s/ Brendan Kelley*
Brendan Kelley
   B.B.O.: 569054
Assistant Federal Public Defender
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA  02210
Tel: 617-223-8061

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 18, 2020.

/s/ *Brendan Kelley*
Brendan Kelley