UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Docket No.: 20-cr-10020-NMG-1 |
| | ) |
| MING XUN ZHENG | ) |

**Second Non-Opposed Motion to Amend Conditions of Release to Permit Specific Travel**

Ming Xun "Kellerman" Zheng, through counsel, moves this court for its order amending the Order and Conditions of Release issued on December 16, 2019 [Dkt. 13] to permit continued travel to Albany, New York for medical purposes discussed below. Mr. Zheng is currently required to reside at his parents' home. His conditions of release restrict travel to the District of Massachusetts, and specifically bar travel to Georgia (where he has ties) and Rhode Island (during the pretrial interview, Mr. Zheng reported some gambling at Rhode Island casinos). The Court previously allowed a similar motion permitting travel for this purpose during the month of July [Dkt. 32]. Due to the potential ongoing nature of the medical appointments, Mr. Zheng seeks an order permitting future travel to this medical facility in Albany with verficiation of appointments to probation. Undersigned has conferred with the Government and Mr. Zheng's assigned probation officer. Both the government and probation are in agreement with the modification.

**Background**

1. On February 12, 2020, Mr. Zheng appeared before DJ Gorton for a Rule 11 hearing. He entered his plea of guilty to the information in this case which charged Mr. Zheng

*Motion allowed. /s/ NMGorton, USDJ 8/14/20*